HATTIE J. EAGER, as Administratrix of the Estate of WILLIAM C. EAGER, Deceased, Respondent, *v.* THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant.

*Eager v. Lehigh & Hudson River Ry. Co.*, 122 App. Div. 905, affirmed.
(Argued December 14, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 29, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Henry Bacon* and *John J. Beattie* for appellant.

*Lewis E. Carr, Thomas Watts* and *Abram F. Servin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

ACHILO PALMIJIANO, as Administrator of the Estate of VINCENZO PALMIJIANO, Deceased, Respondent, *v.* HYDE McFARLIN COMPANY, Appellant.

*Palmijiano v. Hyde-McFarlin Company*, 126 App. Div. 221, affirmed.
(Argued December 15, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 12, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Clinton B. Gibbs* for appellant.

*Eugene M. Bartlett* and *Arthur W. Decker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.